

FILED
JUN 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE OSCAR DEL CASTILLO-GALLARDO,<br><br>Defendant. | Case No. 07cr0449-WQH<br><br>ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Superseding Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of the above-named Defendant, JOSE OSCAR DEL CASTILLO-GALLARDO ("Defendant"), pursuant to Title 21, United States Code, as property obtained directly or indirectly as the result of the commission of the violations charged in the Superseding Information; and

WHEREAS, on June 29, 2007, Defendant pled guilty to Count 1 of the Superseding Information, which plea included an agreement to forfeit $100,000 to the United States, which $100,000 represents proceeds, or proceeds of proceeds, derived directly and indirectly from the defendant's drug trafficking activities that occurred between a date unknown and continuing up to and including January 20, 2007; and

WHEREAS, by virtue of the admissions of the Defendant set out in the his plea agreement and guilty plea, the Court has determined that $100,000 (U.S. dollars), in whole or in part,

//

1 | represents the drug proceeds received by Defendant while engaging in conspiracies to traffic in
2 | narcotics as charged in the Superseding Information; and
3 |     WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is now
4 | entitled to a personal money judgment against the Defendant in the amount of **$100,000**, pursuant
5 | to 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and
6 |     WHEREAS, Defendant shall pay the **$100,000** due to the United States at least **one month**
7 | prior to the **first date** set for Defendant's sentencing; and
8 |     WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent
9 | that the forfeiture consists of a money judgment;" and
10 |     WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has
11 | established the requisite nexus between the forfeited property and the offense; and
12 |     WHEREAS, the United States, having submitted the Order herein to the Defendant through
13 | his attorney of record, to review, and no objections having been received;
14 |     Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
15 |     1.    The United States shall have a judgment against Defendant OSCAR DEL
16 | CASTILLO-GALLARDO in the amount of **$100,000**;
17 |     2.    Defendant shall pay the **$100,000** due to the United States no later than **one month**
18 | **(thirty days)** prior to the **date first scheduled** for Defendant's sentencing;
19 |     3.    This Court shall retain jurisdiction in the case for the purpose of enforcing this
20 | Order and collecting the judgment;
21 |     4.    Upon receipt of the **$100,000** from the Defendant, the **$100,000** is forfeited to the
22 | United States pursuant to Title 21, United States Code, Section 853;
23 |     5.    Pursuant to Rule 32.2(b)(3), this Order is final as to the Defendant at the time it is
24 | entered, and shall be incorporated as a part of Defendant's sentencing and is part of the sentence
25 | and included in the judgment; and
26 | //
27 | //
28 | //

6. The United States may, if not timely paid the **$100,000** by the Defendant, move to amend this Order of Forfeiture to substitute property pursuant to Rule 32.2(e) having a value not to exceed **$100,000** to satisfy the money judgment in whole or in part.

DATED: 6/29/07

WILLIAM Q. HAYES, Judge
United States District Court

Submitted by:

KAREN P. HEWITT
United States Attorney

  s/Michael F. Kaplan
MICHAEL F. KAPLAN
Assistant U.S. Attorney

Order of Criminal Forfeiture
U.S. v. OSCAR DEL CASTILLO-GALLARDO
Case No. 07cr0449-WQH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr0449-WQH |
| Plaintiff, | ) ) ) | CERTIFICATE OF SERVICE BY FACSIMILE |
| v. | ) ) | |
| JOSE OSCAR DEL CASTILLO-GALLARDO, | ) ) ) | |
| Defendant. | ) ) | |

STATE OF CALIFORNIA     )
                        )  ss.
COUNTY OF SAN DIEGO  )

IT IS HEREBY CERTIFIED THAT:

I, Mary I. Apgar, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action; and,

On this date I transmitted via facsimile machine, at San Diego, California, , in the above-entitled action, a copy of **ORDER OF CRIMINAL FORFEITURE**, to Guadalupe Valencia, at his correct and current facsimile number, (619) 232-2158.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2007.

MARY I. APGAR